UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GHAZIR G. LACAYO | CIVIL ACTION |
| VERSUS | NO: 08-4984 |
| RAYMOND S. CHILDRESS | SECTION: "S" (4) |

### O R D E R

**IT IS HEREBY ORDERED** that plaintiff's claim against Judge Raymond S. Childress in his individual capacity is **DISMISSED WITH PREJUDICE** as frivolous, for failing state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's claim against Judge Raymond S. Childress in his official capacity be **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

The court has considered the complaint, the record, the applicable law, the report and recommendation of the United States magistrate judge, and the objection to the magistrate judge's report and recommendation.

Lacayo argues in a conclusory manner that his claims are not frivolous, but he puts forth no arguments concerning the specific findings of absolute judicial immunity from suit and Eleventh Amendment immunity  The objection to the report and recommendation is overruled.

The court approves the report and recommendation of the United States magistrate judge and adopts it as its opinion in this matter.

New Orleans, Louisiana, this  25th  day of        March       , 2009.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**